**Fill in this information to identify the case:**

United States Bankruptcy Court for the: Western District of Louisiana (State)

Case number (*If known*): ____________ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name** Ford's Fine Foods, Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN) 72-1213557

4. **Debtor's address**

   **Principal place of business**

   712 Main Street
   Number Street

   Colfax, LA 71417
   City State ZIP Code

   Grant
   County

   **Mailing address, if different from principal place of business**

   Number Street

   P.O. Box

   City State ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number Street

   City State ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: ____________

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes. District ________ When ________ (MM / DD / YYYY) Case number ________
  District ________ When ________ (MM / DD / YYYY) Case number ________

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☐ No
- ☒ Yes. Debtor See Attached List Relationship ________
  District ________ When ________ (MM / DD / YYYY)
  Case number, if known ________

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______
Number Street

______
City State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ______

Contact name ______

Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor Ford's Fine Foods, Inc.
Name

Case number (if known)

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/23/2017
MM / DD / YYYY

✘ /s/ Quinin R. Ford
Signature of authorized representative of debtor

Quinon R. Ford
Printed name

Title President

**18. Signature of attorney**

✘ /s/ Rex D. Rainach
Signature of attorney for debtor

Date 05/23/2017
MM / DD / YYYY

Rex D. Rainach
Printed name

Rex D. Rainach, A Professional Law Corporation
Firm name

3622 Government Street
Number Street

Baton Rouge
City

LA
State

70806
ZIP Code

225-343-0643
Contact phone

Rainach@msn.com
Email address

11074
Bar number

LA
State

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| In Re:<br>WI-JON, INC.<br>Debtor | CHAPTER 11<br>CASE NO. ___________ |
| In Re:<br>FORD'S FINE FOODS, INC.<br>Debtor | CHAPTER 11<br>CASE NO. ___________ |
| In Re:<br>FORD HOLDINGS, LLC<br>Debtor | CHAPTER 11<br>CASE NO. ___________ |

**VOLUNTARY PETITION ITEM 10**
**ATTACHMENT OF**
**BANKRUPTCY CASES BEING FILED BY AFFILIATES**

The above debtors are affiliates that are filing bankruptcy cases contemporaneously for the following reasons:

1. **QUINON R. FORD**, whose mailing address is P.O. Box 158, Jonesville, Catahoula Parish, LA 71343 ("Ford"), is (*i*) the agent for service of process for the **WI-JON, INC.** ("Wi-Jon"), **FORD HOLDINGS, LLC** ("Ford Holdings) and **FORD'S FINE FOODS, INC.** ("Ford's Fine Foods"), (*ii*) the sole member and manager of Ford Holdings and (*iii*) the sole shareholder, sole board member and president of Ford's Fine Foods and Wi-Jon.

2. Wi-Jon operates three grocery stores in Catahoula and Franklin Parishes, LA and whose principal place of business is Jonesville, Catahoula Parish, LA.

3. Ford Fine Foods operates one grocery store in Grant Parish, LA and whose principal place of business is Jonesville, Catahoula Parish, LA.

4. Ford Holdings owns and leases a shopping center to third parties and an office building used by all debtors, all in Catahoula Parish, LA and whose principal place of business is Jonesville, Catahoula Parish, LA.

5. Wi-Jon, Ford's Fine Foods and Ford Holdings are co-makers on a note to Centric Federal Credit Union ("Centric") with a current balance of approximately $4,400,000.00.

6. Centric holds a first lien and security interests in the assets of Wi-Jon and Ford's Fine Foods, including their real estate, furniture, fixtures, equipment, inventory and accounts receivable.

7. Sabine State Bank & Trust Company holds a first lien and priority security interest in the real estate owned by Ford Holdings to secure a debt of approximately $1,000,000.00.

8. Centric holds a second lien and security interests in the real property owned by Ford Holdings.

9. Ford is a guarantor of the Centric debt.

10. The Centric debt is cross collateralized as to the assets of Wi-Jon, Ford's Fine Foods and Ford Holdings.

11. Centric is the largest creditor of all of the above debtors.

Baton Rouge, LA May 23, 2017.

REX D. RAINACH
A PROFESSIONAL LAW CORPORATION
3622 Government Street
Baton Rouge, LA 70806-5720
Telephone: 225-343-0643
Facsimile: 225-343-0646

*<u>/s/ Rex D. Rainach</u>*
REX D. RAINACH
La. Bar Roll No. 11074

RDR/C:/ Ford&Wi-Jon/Initial Pleadings/Common Pleadings/Bankruptcy Cases Filed by Affiliates
/

# CORPORATE RESOLUTION

Upon proper notice, a meeting of the Board of Directors of **WI-JON, INC.** ("Company"), was held on May 23, 2017.

After discussion of the necessity and merits of the actions to be taken, the Board of Directors for the Company adopt unanimously the following resolutions on its behalf, to-wit:

"IT IS HEREBY RESOLVED that the Company shall enter into that certain Employment Agreement with Rex D. Rainach, A Professional Law Corporation ("Attorney") of even date herewith.

"IT IS HEREBY FURTHER RESOLVED that the Company admits that it may need relief as a debtor pursuant to Chapter 11 of the Bankruptcy Code, 11 U.S.C. §101, et. seq. and approves the filing of a Chapter 11 petition for relief on its behalf.

"IT IS HEREBY FURTHER RESOLVED that Attorney be and he is hereby appointed as attorney at law to represent the Company in its best interest, with full power and authority in his absolute discretion to take whatever necessary legal action, steps and procedures he deems necessary, including the filing of the petition and all necessary pleadings, documents and Company information or schedules available and data necessary pursuant to placing the Company in a reorganization under Chapter 11 of the Bankruptcy Code, the "Case," and Attorney is to be compensated for his services and expenses pursuant to the Employment Agreement.

"IT IS HEREBY FURTHER RESOLVED that Quinon R. Ford the President of Company, be and is hereby authorized and directed as President to execute any and all documents and necessary pleadings for and on behalf of the Company, to appear on the behalf of the Company in any matter in any bankruptcy case or other litigation, to execute and supply the necessary Company information required for the Case and to take all actions he deems necessary to maintain the Company in said Case and to prosecute the same toward confirmation of a plan of reorganization."

*[Execution by Board Follows]*

Resolved May 23, 2017.

BOARD OF DIRECTORS

*/s/ Quinon R. Ford*
Quinon R. Ford

**CERTIFICATE OF CORPORATE RESOLUTION**

I, Quinon R. Ford, President of the Company, do hereby certify that I am the duly elected president and the sole board member of Company and that the Board of Directors for Company has adopted unanimously the foregoing resolutions on behalf of Company on the above date.

Dated May 23, 2017.

*/s/ Quinon R. Ford*
Quinon R. Ford
President and Sole Board Member

RDR/C:/Ford's & Wi-Jon/Initial Pleadings/Wi-Jon/Corporate Resolution/